**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 22-02264-RDM |
| ) | |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF JUSTICE. ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF FILING PROOF OF SERVICE**

Plaintiff, JUDICIAL WATCH, by counsel, respectfully submits the attached Affidavit of Cristina Rotaru as proof that service of process has been effected on the U.S. Attorney for the District of Columbia, the U.S. Attorney General, and Defendant in the above-captioned matter.

Dated: August 12, 2022

Respectfully submitted,

/s/ P. Orfanedes
Paul Orfanedes
D.C. Bar No. 429716
JUDICIAL WATCH, INC.
425 Third St., SW, Suite 800
Washington, DC 20024
Tel. (202) 646-5172
Email: porfanedes@judicialwatch.org