**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| JUDICIAL WATCH, INC. ) | |
| ) | |
| *Plaintiff,* ) | Civil Action No. 22-02264-RDM |
| ) | |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| *Defendant.* ) | |

## AFFIDAVIT OF CRISTINA ROTARU

I, CRISTINA ROTARU, declare as follows:

1. My name is Cristina Rotaru. I am over eighteen years of age, of sound mind, and fully competent to submit this affidavit. I have personal knowledge of the factual statements contained therein.

2. I am employed as a legal assistant with Judicial Watch, Inc., in Washington, DC. I have worked in this capacity since April 2002. Among my duties is effecting service of process of summonses, complaints, and other new case filings in lawsuits filed by the organization.

3. On August 1, 2022, Plaintiff initiated the above-captioned lawsuit in the U.S. District Court for the District of Columbia. Shortly thereafter, I served summonses and copies of the Complaint on the U.S. Attorney for the District of Columbia, the U.S. Attorney General, and the U.S. Department of Health and Human Services.

4. Service on the U.S. Attorney for the District of Columbia was effected by email at USADC-ServiceCivilUSADC.ServiceCivil@usdoj.gov. By email dated August 7, 2022, the Office of the U.S. Attorney acknowledged receiving and accepting the service package as of August 4, 2022. A copy of the email is attached hereto as Exhibit 1.

5. Service on the U.S. Attorney General was effected by certified USPS mail, return receipt requested. According to the return receipt, service on the U.S. Attorney General was

effected on August 9, 2022. A copy of the return receipt is attached hereto as Exhibit 2.

6. Service on the U.S. Department of Health and Human Services was effected by certified USPS mail, return receipt requested. According to the return receipt, the service package was delivered to the U.S. Department of Justice on August 9, 2022. A copy of the return receipt is attached hereto as Exhibit 3.

I declare under the penalty of perjury that the foregoing is true and correct. Executed in Washington, D.C. on August 12, 2022.

_____

**EXHIBIT 1**

🡕 Share    🔗 Copy link    ⬇ Download    · · ·

**From:** USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov>
**Sent on:** Sunday, August 7, 2022 7:46:23 PM
**To:** Cristina Rotaru <CRotaru@JUDICIALWATCH.ORG>
**Subject:** RE: Judicial Watch, Inc. v. US Department of Justice, 22-cv-02264, RDM

[EXTERNAL EMAIL]

Your service package has been received and accepted with a service date of August 4, 2022. Thank you.

**From:** Cristina Rotaru <CRotaru@JUDICIALWATCH.ORG>
**Sent:** Thursday, August 4, 2022 1:19 PM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Cc:** Paul Orfanedes <POrfanedes@JUDICIALWATCH.ORG>
**Subject:** [EXTERNAL] Judicial Watch, Inc. v. US Department of Justice, 22-cv-02264, RDM

# USPS Tracking®

EXHIBIT 2

FAQs >

Track Another Package +

Remove ✕

**Tracking Number:** 70181830000061984132

Your item arrived at the WASHINGTON, DC 20530 post office at 10:28 am on August 8, 2022 and is ready for pickup.

USPS Tracking Plus® Available ⌄

## Available for Pickup

August 8, 2022 at 10:28 am
WASHINGTON, DC 20530

Schedule Rede…

Text & Email…

Schedule Re…

Tracking His…

USPS Tracki…

Product Info…

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US Attorney General
950 Pennsylvania Ave, NW
Washington, DC  20530

9590 9402 3128 7166 9365 05

2. Article Number (Transfer from service label)
7018 1830 0000 6198 4132

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                  ☐ Agent
                                   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☒ No

AUG 0 9 2022

3. Service Type
☐ Adult Signature                  ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery  ☒ Registered Mail™
☒ Certified Mail®                  ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery  ☐ Return Receipt for Merchandise
☐ Collect on Delivery              ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery  ☐ Signature Confirmation Restricted Delivery
  Restricted Delivery

Domestic Return Receipt

See Less ⌃

# EXHIBIT 3

# USPS Tracking®

FAQs >

Track Another Package +

Remove ✕

**Tracking Number:** 70181830000061984002

Your item arrived at the WASHINGTON, DC 20530 post office at 10:28 am on August 8, 2022 and is ready for pickup.

**USPS Tracki**

**Available**

August 8, 2022
WASHINGTON,

**Schedule Re**

**Text & Em**

**Schedule**

---

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US Department of Justice
950 Pennsylvania Ave NW
Washington, DC  20530

9590 9402 3087 7124 9175 95

2. Article Number (Transfer from service label)

7018 1830 0000 6198 4002

PS Form 3811, July 2015 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                       ☐ Agent
                                        ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☒ No

AUG 09 2022

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
   estricted Delivery

☐ Priority Mail Express®
☒ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

Tracking History  ⌄

USPS Tracking Plus®  ⌄

Product Information  ⌄

See Less ⌃