IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, <br><br> Defendant. | Civil Action No. 1:22–cv–02264–RDM |

## ANSWER

Defendant U.S. Department of Justice ("DOJ" or "Defendant"), by and through undersigned counsel, hereby answers the numbered paragraphs of Plaintiff's Complaint (ECF No. 1) as follows:

1. Paragraph 1 consists of legal conclusions to which no response is required.

2. Paragraph 2 consists of legal conclusions to which no response is required.

3. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 3.

4. Defendant admits it is an agency within the Executive Branch of the U.S. government, with headquarters at the cited address. The second sentence of Paragraph 4 contains legal conclusions to which no response is required.

5. Defendant admits that Plaintiff submitted a FOIA request to DOJ dated February 17, 2022. The Court is respectfully referred to Exhibit 1 to the Complaint, a true and correct copy of the request, for a complete and accurate statement of its contents.

6. Defendant admits that Plaintiff submitted a FOIA request to DOJ via the email address

MRUFOIA.Request@usdoj.gov, and that that email address appears on DOJ's website. The Court is respectfully referred to Exhibit 1 to the Complaint, a true and correct copy of the request, for a complete and accurate statement of its contents.

7. Defendant admits that it acknowledged Plaintiff's FOIA request in a letter to Plaintiff dated July 27, 2022, and assigned reference number EMRUFOIA072722 to the request.  The Court is respectfully referred to Exhibit A attached hereto, which is a true and correct copy of that letter, for a complete and accurate statement of its contents.

8. Defendant admits that it has not yet provided a substantive response to Plaintiff's FOIA request, but avers that it continues to process the request.

9. Paragraph 9 consists of a request to reincorporate paragraphs to which no response is required.  Defendant asserts and incorporates its responses to paragraphs 1–8 of the Complaint.

10. Paragraph 10 consists of legal conclusions to which no response is required.

11. Paragraph 11 consists of legal conclusions to which no response is required.

12. Paragraph 12 consists of legal conclusions to which no response is required.

The remaining paragraph of the Complaint contains Plaintiff's prayer for relief, to which no response is required.   To the extent a response is required, Defendant denies that Plaintiff is entitled to any relief.

Defendant denies any and all allegations of the Complaint not expressly admitted herein.

## **DEFENSES**

1. DOJ has exercised due diligence in processing Plaintiff's FOIA request and exceptional circumstances necessitate additional time to complete the processing of Plaintiff's FOIA request.  5 U.S.C. § 552(a)(6)(c).

2.  Some or all of the requested documents are exempt from disclosure.  5 U.S.C. § 552(b).

Respectfully submitted this 6th day of September, 2022.

        BRIAN M. BOYNTON
        Principal Deputy Assistant Attorney General

        ELIZABETH J. SHAPIRO
        Deputy Director
        Federal Programs Branch

        */s/ Julia A. Heiman*
        JULIA A. HEIMAN (D.C. Bar No. 986228)
        Senior Counsel
        United States Department of Justice
        Civil Division, Federal Programs Branch
        1100 L Street, NW
        Washington, DC  20005
        Tel: 202-616-8480
        julia.heiman@usdoj.gov

        *Attorneys for Defendant*