IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUDICIAL WATCH, INC.,

    Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE,

    Defendant.

Civil Action No. 1:22–cv–02264–RDM

## JOINT STATUS REPORT

The parties respectfully submit this status report pursuant to the Court's October 7, 2022 Minute Order. The Plaintiff's Freedom of Information Act ("FOIA") request at issue in this case has two parts:

1. All records regarding the Federal Bureau of Investigation's Crossfire Hurricane investigation that were provided to the White House by the Department of Justice on or about December 30, 2020. For purposes of clarification, the records sought are those described in a January 19, 2021 Presidential Memorandum (see https://trnmpwhitehousc.archivcs.gov/prc presidential actions/memorandum-declassification-certain-materials-related-fbis-crossfire-hurricane investigation/).

2. All records of communication between any official or employee of the Department of Justice and any official or employee of any other branch, department, agency, or office of the federal government regarding the declassification and release of the records described in part one of this request.

The parties previously reported as to the first part of Plaintiff's FOIA request, that Defendant had completed its search and was processing 815 pages responsive thereto. Defendant continues to process those records and remains on track to begin production of non-exempt records responsive to the first part of Plaintiff's FOIA request on December 30, 2022, at a rate of 500 reviewed pages

per month. As to the second part of Plaintiff's FOIA request, the FBI has undertaken a search for responsive records, and the parties are continuing to confer regarding the scope of the Defendant's search. The parties respectfully request that the Court permit them to submit another status report on Monday, December 5, 2022 updating the Court regarding their efforts to reach an agreement regarding the second part of Plaintiff's FOIA request.

Dated: November 4, 2022                      Respectfully submitted,

                                                BRIAN M. BOYNTON
                                              Principal Deputy Assistant Attorney General

                                              ELIZABETH J. SHAPIRO
                                              Deputy Director
                                              Federal Programs Branch

                                              */s/ Julia A. Heiman*
                                              JULIA A. HEIMAN (D.C. Bar No. 986228)
                                              Senior Counsel
                                              United States Department of Justice
                                              Civil Division, Federal Programs Branch
                                              1100 L Street, NW
                                              Washington, DC  20005
                                              Tel: 202-616-8480
                                              julia.heiman@usdoj.gov

                                              *Attorneys for Defendant*


                                              */s/ Paul J. Orfanedes*
                                              PAUL J. ORFANEDES
                                              D.C. Bar No. 429716
                                              Judicial Watch, Inc.
                                              425 Third Street SW, Suite 800
                                              Washington, DC 20024
                                              Tel:      (202) 646-5172
                                              Fax:     (202) 646-5199
                                              Email:   porfanedes@judicialwatch.org

                                              *Counsel for Plaintiff*