IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
|     *Plaintiff*, ) | |
| ) | |
| vs. ) | Case No. 1:22-cv-02264 (RDM) |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
|     *Defendant*. ) | |
| _____) | |

**JOINT STATUS REPORT**

The parties, by counsel and pursuant to the Court's November 4, 2022 minute order, respectfully submit this latest joint status report:

1. At issue in this Freedom of Information Act ("FOIA") litigation is Plaintiff's February 17, 2022 request for the following:

   1. All records regarding the Federal Bureau of Investigation's Crossfire Hurricane investigation that were provided to the White House by the Department of Justice on or about December 30, 2020. For purposes of clarification, the records sought are those described in a January 19, 2021 Presidential Memorandum (see https://trnmpwhitehousc.archivcs.gov/prc presidential actions/memorandum-declassification-certain-materials-related-fbis-crossfire-hurricane investigation/).

   2. All records of communication between any official or employee of the Department of Justice and any official or employee of any other branch, department, agency, or office of the federal government regarding the declassification and release of the records described in part one of this request.

2. The parties previously reported as to the first part of Plaintiff's FOIA request that Defendant had completed its search and was processing 815 pages responsive thereto. Defendant continues to process those records and remains on track to begin production of non-exempt records

responsive to the first part of Plaintiff's FOIA request on December 30, 2022, at a rate of 500 reviewed pages per month.

3. As to the second part of Plaintiff's FOIA request, the FBI has undertaken a search for responsive records, as previously reported. That search remains ongoing. Additionally, Plaintiff previously proposed that several other offices be searched, and Defendant has agreed to include the Office of Legal Counsel in the search. Defendant intends to make a proposal to Plaintiff by December 9, 2022, regarding the inclusion of other offices.

4. The parties respectfully request that the Court permit them to submit another status report on or before January 5, 2023.

Dated: December 5, 2022    Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Julia A. Heiman*
JULIA A. HEIMAN
D.C. Bar No. 986228
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC  20005
Tel:  (202) 616-8480
Email:  julia.heiman@usdoj.gov

*Attorneys for Defendant*

- 3 -

*/s/ Paul J. Orfanedes*
PAUL J. ORFANEDES
D.C. Bar No. 429716
Judicial Watch, Inc.
425 Third Street SW, Suite 800
Washington, DC 20024
Tel:  (202) 646-5172
Email:  porfanedes@judicialwatch.org

*Counsel for Plaintiff*