IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, <br><br> Defendant. | Civil Action No. 1:22–cv–02264–RDM |

## JOINT STATUS REPORT

The parties respectfully submit this status report pursuant to the Court's December 6, 2022 Minute Order. The Plaintiff's Freedom of Information Act ("FOIA") request at issue in this case has two parts:

1. All records regarding the Federal Bureau of Investigation's Crossfire Hurricane investigation that were provided to the White House by the Department of Justice on or about December 30, 2020. For purposes of clarification, the records sought are those described in a January 19, 2021 Presidential Memorandum (see https://trnmpwhitehousc.archivcs.gov/prc_presidential actions/memorandum-declassification-certain-materials-related-fbis-crossfire-hurricane investigation/).

2. All records of communication between any official or employee of the Department of Justice and any official or employee of any other branch, department, agency, or office of the federal government regarding the declassification and release of the records described in part one of this request.

The parties previously reported, as to the first part of Plaintiff's FOIA request, that Defendant had completed its search and was processing 815 pages responsive thereto, at a rate of 500 reviewed pages per month. Defendant continues to process those records, but encountered an unanticipated delay in processing its first release. While Defendant had intended to provide

Plaintiff its first release by December 30, 2022, Defendant now anticipates sending Plaintiff its first release on January 10, 2023.

As to the second part of Plaintiff's FOIA request, the FBI has undertaken a search for responsive records, as previously reported. That search remains ongoing. Additionally, Plaintiff previously proposed that several other offices be searched, and Defendant has agreed to include the Office of Legal Counsel in the search. The parties are conferring regarding the inclusion of the other offices that Plaintiff identified.

The parties respectfully request that the Court permit them to submit another status report on or before February 6, 2023.

Dated: January 5, 2023          Respectfully submitted,

        BRIAN M. BOYNTON
        Principal Deputy Assistant Attorney General

        ELIZABETH J. SHAPIRO
        Deputy Director
        Federal Programs Branch

        */s/ Julia A. Heiman*
        JULIA A. HEIMAN (D.C. Bar No. 986228)
        Senior Counsel
        United States Department of Justice
        Civil Division, Federal Programs Branch
        1100 L Street, NW
        Washington, DC  20005
        Tel: 202-616-8480
        julia.heiman@usdoj.gov

        *Attorneys for Defendant*


        */s/ Paul J. Orfanedes*
        PAUL J. ORFANEDES
        D.C. Bar No. 429716
        Judicial Watch, Inc.
        425 Third Street SW, Suite 800
        Washington, DC 20024

- 3 -

        Tel:     (202) 646-5172
        Fax:    (202) 646-5199
        Email:  porfanedes@judicialwatch.org

*Counsel for Plaintiff*

- 3 -