IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:22-cv-02264 (RDM) |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**JOINT STATUS REPORT**

The parties, by counsel and pursuant to the Court's January 8, 2023 minute order, respectfully submit this latest joint status report:

1. At issue in this Freedom of Information Act ("FOIA") litigation is Plaintiff's February 17, 2022 request for the following:

    1. All records regarding the Federal Bureau of Investigation's Crossfire Hurricane investigation that were provided to the White House by the Department of Justice on or about December 30, 2020.  For purposes of clarification, the records sought are those described in a January 19, 2021 Presidential Memorandum (see [https://trnmpwhitehouse.archives.gov/pre presidential actions/memorandum-declassification-certain-materials-related-fbis-crossfire-hurricane investigation/](https://trnmpwhitehouse.archives.gov/pre presidential actions/memorandum-declassification-certain-materials-related-fbis-crossfire-hurricane investigation/)).

    2. All records of communication between any official or employee of the Department of Justice and any official or employee of any other branch, department, agency, or office of the federal government regarding the declassification and release of the records described in part one of this request.

2. As the parties reported in their January 5, 2023 joint status report (ECF No. 14), Defendant identified 815 pages of records responsive to part 1 of the request and was processing those records for release.  Since their January 5, 2023 status report, Defendant completed

processing 499 pages of those records and made an initial release of 340 pages on January 30, 2023. Defendant anticipates making a second and final production within 30 days of the first production.

3. As to the second part of the request, the FBI has completed its initial search for potentially responsive records and is currently reviewing potentially responsive records for responsiveness. The FBI notes that it is possible that the FBI may need to conduct supplemental searches if any leads are uncovered in responsive records. The Office of Legal Counsel is currently conducting its search for potentially responsive records and anticipates that it will be able to propose a processing schedule by the date of the parties' next status report. Since the January 5, 2023 status report, the parties have continued to confer regarding whether the Offices of the Attorney General and the Deputy Attorney General also would be included in the search.

4. The parties respectfully request that the Court permit them to submit another status report on or before March 6, 2023.

Dated: February 6, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Julia A. Heiman*
JULIA A. HEIMAN
D.C. Bar No. 986228
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC  20005
Tel:  (202) 616-8480
Email:  julia.heiman@usdoj.gov

*Attorneys for Defendant*

*/s/ Paul J. Orfanedes*
PAUL J. ORFANEDES
D.C. Bar No. 429716
Judicial Watch, Inc.
425 Third Street SW, Suite 800
Washington, DC 20024
Tel:  (202) 646-5172
Email:  porfanedes@judicialwatch.org

*Counsel for Plaintiff*