IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| vs. | ) Case No. 1:22-cv-02264 (RDM) |
| | ) |
| U.S. DEPARTMENT OF JUSTICE, | ) |
| | ) |
| *Defendant*. | ) |
| | ) |

## JOINT STATUS REPORT

The parties, by counsel and pursuant to the Court's February 7, 2023 Minute Order, respectfully submit this latest joint status report:

1. At issue in this Freedom of Information Act ("FOIA") litigation is Plaintiff's February 17, 2022 request for the following:

    1. All records regarding the Federal Bureau of Investigation's Crossfire Hurricane investigation that were provided to the White House by the Department of Justice on or about December 30, 2020. For purposes of clarification, the records sought are those described in a January 19, 2021 Presidential Memorandum (see https://trnmpwhitehouse.archives.gov/prc presidential actions/memorandum-declassification-certain-materials-related-fbis-crossfire-hurricane investigation/).

    2. All records of communication between any official or employee of the Department of Justice and any official or employee of any other branch, department, agency, or office of the federal government regarding the declassification and release of the records described in part one of this request.

2. As the parties reported in their January 5, 2023 and February 6, 2023 joint status reports (ECF Nos. 14 & 15), Defendant identified 815 pages of records responsive to part 1 of the request and was processing those records for release. Defendant has completed processing 499

- 2 -

pages of those records and made an initial release of 340 pages on January 30, 2023.  Defendant anticipated making a second and final production by March 1, 2023, but has been delayed in doing so due to technical reasons.  Defendant anticipates making its final production by March 13, 2023.

3. The parties previously agreed that the FBI and the Office of Legal Counsel ("OLC") would search for records responsive to part 2 of the request.  The FBI has completed its initial search and is conducting a responsiveness review of the records it located.  The FBI is also conducting supplemental searches based on findings made during its responsiveness review of records identified in its initial search.  Since the parties' last joint status report, OLC has completed its initial search and has begun the process of reviewing for responsiveness and deduplication.

4. Also since their last joint status report, the parties have agreed that the Office of Information Policy ("OIP") will conduct searches of the Office of the Attorney General and the Office of the Deputy Attorney General for records responsive to part 2 of the request.  The parties have begun conferring on the scope of these searches, including the date range of the search, custodians, search terms, and systems (classified and unclassified).

5. The parties respectfully request that be permitted to submit another status report on or before April 5, 2023.

Dated: March 6, 2023                                Respectfully submitted,

                                                    BRIAN M. BOYNTON
                                                    Principal Deputy Assistant Attorney General

                                                    ELIZABETH J. SHAPIRO
                                                    Deputy Director
                                                    Federal Programs Branch

                                                    */s/ Julia A. Heiman*
                                                    JULIA A. HEIMAN
                                                    D.C. Bar No. 986228
                                                    Senior Counsel
                                                    United States Department of Justice
                                                    Civil Division, Federal Programs Branch
                                                    1100 L Street NW
                                                    Washington, DC  20005
                                                    Tel:  (202) 616-8480
                                                    Email:  julia.heiman@usdoj.gov

                                                    *Attorneys for Defendant*

                                                    */s/ Paul J. Orfanedes*
                                                    PAUL J. ORFANEDES
                                                    D.C. Bar No. 429716
                                                    Judicial Watch, Inc.
                                                    425 Third Street SW, Suite 800
                                                    Washington, DC 20024
                                                    Tel:  (202) 646-5172
                                                    Email:  porfanedes@judicialwatch.org

                                                    *Counsel for Plaintiff*