**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| vs. | ) | Case No. 1:22-cv-02264 (RDM) |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| *Defendant.* | ) | |
| _____ | ) | |

**JOINT STATUS REPORT**

The parties, by counsel and pursuant to the Court's March 6, 2023 Minute Order,

respectfully submit this latest joint status report:

1.      At issue in this Freedom of Information Act ("FOIA") litigation is Plaintiff's

February 17, 2022 request for the following:

> 1.      All records regarding the Federal Bureau of Investigation's
> Crossfire Hurricane investigation that were provided to the
> White House by the Department of Justice on or about
> December 30, 2020.  For purposes of clarification, the
> records sought are those described in a January 19, 2021
> Presidential Memorandum (see
> https://trnmpwhitehouse.archivcs.gov/prc presidential
> actions/memorandum-declassification-certain-materials-
> related-fbis-crossfire-hurricane investigation/).

> 2.      All records of communication between any official or
> employee of the Department of Justice and any official or
> employee of any other branch, department, agency, or
> office of the federal government regarding the
> declassification and release of the records described in part
> one of this request.

2.      Regarding part 1 of the request, Defendant made a further production on March 14,

2023.  This production completes the FBI's response to part 1 except for records sent out for

consultation.

- 2 -

3.      Regarding part 2, the following entities/offices are searching for potentially responsive records pursuant to agreement of the parties:  FBI; the Office of Legal Counsel ("OLC"), and the Office of Information Policy (on behalf of the Office of the Attorney General and the Office of the Deputy Attorney General).

4.      As previously reported, the FBI completed an initial search for records responsive to part 2 and is wrapping up supplemental searches identified during its responsiveness review of records located as a result of its initial search.

5.      As also previously reported, OLC has completed its initial search for records responsive to part 2 and continues to review the results of that search for responsiveness and deduplication.

6.      The parties continue to confer about custodians and search terms for OIP's search for records potentially responsive to part 2, though they have agreed that the date range OIP will use for its search is December 1, 2020 to February 17, 2022 and that OIP will search non-classified systems first.  Following that search, the parties will then revisit the issue of whether a search of classified systems is necessary.

7.      The parties respectfully request that be permitted to submit another status report on or before May 5, 2023.

Dated: April 5, 2023                              Respectfully submitted,

                                                  BRIAN M. BOYNTON
                                                  Principal Deputy Assistant Attorney General

                                                  ELIZABETH J. SHAPIRO
                                                  Deputy Director
                                                  Federal Programs Branch

                                                  */s/ Julia A. Heiman*
                                                  JULIA A. HEIMAN
                                                  D.C. Bar No. 986228
                                                  Senior Counsel
                                                  United States Department of Justice
                                                  Civil Division, Federal Programs Branch
                                                  1100 L Street NW
                                                  Washington, DC  20005
                                                  Tel:  (202) 616-8480
                                                  Email:  julia.heiman@usdoj.gov

                                                  *Attorneys for Defendant*

                                                  */s/ Paul J. Orfanedes*
                                                  PAUL J. ORFANEDES
                                                  D.C. Bar No. 429716
                                                  Judicial Watch, Inc.
                                                  425 Third Street SW, Suite 800
                                                  Washington, DC 20024
                                                  Tel:  (202) 646-5172
                                                  Email:  porfanedes@judicialwatch.org

                                                  *Counsel for Plaintiff*