IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| vs. | ) | Case No. 1:22-cv-02264 (RDM) |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| *Defendant*. | ) | |
| | ) | |

**JOINT STATUS REPORT**

The parties, by counsel and pursuant to the Court's April 7, 2023 Minute Order, respectfully submit this latest joint status report:

1. At issue in this Freedom of Information Act ("FOIA") litigation is Plaintiff's February 17, 2022 request for the following:

    1. All records regarding the Federal Bureau of Investigation's Crossfire Hurricane investigation that were provided to the White House by the Department of Justice on or about December 30, 2020. For purposes of clarification, the records sought are those described in a January 19, 2021 Presidential Memorandum (see https://trnmpwhitehouse.archives.gov/prc presidential actions/memorandum-declassification-certain-materials-related-fbis-crossfire-hurricane investigation/).

    2. All records of communication between any official or employee of the Department of Justice and any official or employee of any other branch, department, agency, or office of the federal government regarding the declassification and release of the records described in part one of this request.

2. Regarding part 1 of the request, as the parties previously reported, FBI's production on March 14, 2023 completed the FBI's response to part 1 except for records sent out for consultation. Since then, the FBI received one consult return and made a release on May 2, 2023,

with 3 pages reviewed and 3 pages released in part.  There are additional outstanding consultations and the FBI will make rolling releases of non-exempt materials as it receives responses to its consultation requests.

3. Regarding part 2, the following entities/offices are searching for potentially responsive records pursuant to agreement of the parties:  FBI; the Office of Legal Counsel ("OLC"), and the Office of Information Policy (on behalf of the Office of the Attorney General and the Office of the Deputy Attorney General).

4. FBI previously reported that it had completed an initial search for records responsive to part 2.  FBI has now also completed its supplemental search for records potentially responsive to part 2 of Plaintiff's request, and is reviewing records for responsiveness.  FBI anticipates it will complete this process and be in a position to propose a processing schedule by next month's status report.

5. OLC has also completed its initial responsiveness review and has identified a set of likely responsive records.  OLC is in the process of reviewing those records for final responsiveness determinations, as well as for applicable exemptions.  This review will require consultation with multiple other entities, and OLC is not yet in a position to estimate a date for its final production.

6. OIP has initiated its search for records potentially responsive to part 2, but the parties continue to confer about custodians and search terms for that search.  Following completion of OIP's initial search, the parties will then revisit the issue of whether a search of classified systems is necessary.

7. The parties respectfully request that be permitted to submit another status report on or before June 7, 2023.

- 3 -

Dated: May 5, 2023                     Respectfully submitted,

                                                 BRIAN M. BOYNTON
                                                 Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Julia A. Heiman*
JULIA A. HEIMAN
D.C. Bar No. 986228
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC  20005
Tel:  (202) 616-8480
Email:  julia.heiman@usdoj.gov

*Attorneys for Defendant*

*/s/ Paul J. Orfanedes*
PAUL J. ORFANEDES
D.C. Bar No. 429716
Judicial Watch, Inc.
425 Third Street SW, Suite 800
Washington, DC 20024
Tel:  (202) 646-5172
Email:  porfanedes@judicialwatch.org

*Counsel for Plaintiff*