IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:22-cv-02264 (RDM) |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**JOINT STATUS REPORT**

The parties, by counsel and pursuant to the Court's July 7, 2023, Minute Order, respectfully submit this latest joint status report:

1. At issue in this Freedom of Information Act ("FOIA") litigation is Plaintiff's February 17, 2022, request for the following:

    1. All records regarding the Federal Bureau of Investigation's Crossfire Hurricane investigation that were provided to the White House by the Department of Justice on or about December 30, 2020. For purposes of clarification, the records sought are those described in a January 19, 2021 Presidential Memorandum (see https://trnmpwhitehousc.archivcs.gov/prc presidential actions/memorandum-declassification-certain-materials-related-fbis-crossfire-hurricane investigation/).

    2. All records of communication between any official or employee of the Department of Justice and any official or employee of any other branch, department, agency, or office of the federal government regarding the declassification and release of the records described in part one of this request.

2. Regarding part 1 of the request, as the parties previously reported, FBI's production on March 14, 2023, completed the FBI's response to part 1 except for records sent out for consultation. Since then, the FBI has made three releases of consult returns, on May 2, 2023,

June 8, 2023, and July 5, 2023. There are additional outstanding consultations and the FBI will make rolling releases of non-exempt materials as it receives responses to its consultation requests.

3. Regarding part 2, the following entities/offices are searching for potentially responsive records pursuant to agreement of the parties: FBI; the Office of Legal Counsel ("OLC"), and the Office of Information Policy (on behalf of the Office of the Attorney General and the Office of the Deputy Attorney General).

4. FBI has now completed its searches for records potentially responsive to part 2 of Plaintiff's request, as well as its initial review of those records for responsiveness. FBI anticipates that it will be able to provide a proposed processing schedule by the parties' next status report.

5. OLC has also completed its initial responsiveness review and has identified a set of likely responsive records. OLC is in the process of reviewing those records for final responsiveness determinations, as well as for applicable exemptions. This review requires consultation with multiple other entities, and consultations and review remain outstanding for each of those records. Accordingly, OLC is not yet in a position to estimate a date for its final production.

6. OIP's search for records potentially responsive to part 2 remains ongoing. As previously reported, following completion of OIP's initial search, the parties will then revisit the issue of whether a search of classified systems is necessary, as well as the time necessary for OIP to complete its initial responsiveness review of the initial search results. OIP anticipates that the initial electronic search will be complete in approximately 30 days.

7. The parties respectfully request that be permitted to submit another status report on or before September 7, 2023.

Dated: August 7, 2023　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　BRIAN M. BOYNTON
　　　　　　　　　　　　　　　　　Principal Deputy Assistant Attorney General

　　　　　　　　　　　　　　　　　ELIZABETH J. SHAPIRO
　　　　　　　　　　　　　　　　　Deputy Director
　　　　　　　　　　　　　　　　　Federal Programs Branch

　　　　　　　　　　　　　　　　　*/s/ Julia A. Heiman*
　　　　　　　　　　　　　　　　　JULIA A. HEIMAN
　　　　　　　　　　　　　　　　　D.C. Bar No. 986228
　　　　　　　　　　　　　　　　　Senior Counsel
　　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch
　　　　　　　　　　　　　　　　　1100 L Street NW
　　　　　　　　　　　　　　　　　Washington, DC  20005
　　　　　　　　　　　　　　　　　Tel:  (202) 616-8480
　　　　　　　　　　　　　　　　　Email:  julia.heiman@usdoj.gov

　　　　　　　　　　　　　　　　　*Attorneys for Defendant*

　　　　　　　　　　　　　　　　　*/s/ Paul J. Orfanedes*
　　　　　　　　　　　　　　　　　PAUL J. ORFANEDES
　　　　　　　　　　　　　　　　　D.C. Bar No. 429716
　　　　　　　　　　　　　　　　　Judicial Watch, Inc.
　　　　　　　　　　　　　　　　　425 Third Street SW, Suite 800
　　　　　　　　　　　　　　　　　Washington, DC 20024
　　　　　　　　　　　　　　　　　Tel:  (202) 646-5172
　　　　　　　　　　　　　　　　　Email:  porfanedes@judicialwatch.org

　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*