IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., | ) |
| *Plaintiff*, | ) |
| vs. | ) Case No. 1:22-cv-02264 (RDM) |
| U.S. DEPARTMENT OF JUSTICE, | ) |
| *Defendant*. | ) |

**JOINT STATUS REPORT**

The parties, by counsel and pursuant to the Court's September 11, 2023, Minute Order, respectfully submit this latest joint status report:

1. At issue in this Freedom of Information Act ("FOIA") litigation is Plaintiff's February 17, 2022, request for the following:

    1. All records regarding the Federal Bureau of Investigation's Crossfire Hurricane investigation that were provided to the White House by the Department of Justice on or about December 30, 2020. For purposes of clarification, the records sought are those described in a January 19, 2021 Presidential Memorandum (see https://trnmpwhitehouse.archives.gov/pre presidential actions/memorandum-declassification-certain-materials-related-fbis-crossfire-hurricane investigation/).

    2. All records of communication between any official or employee of the Department of Justice and any official or employee of any other branch, department, agency, or office of the federal government regarding the declassification and release of the records described in part one of this request.

2. Regarding part 1 of the request, as the parties previously reported, FBI's production on March 14, 2023, completed the FBI's response to part 1 except for records sent out for consultation. Since then, the FBI has made three releases of consult returns, on May 2, 2023,

June 8, 2023, and July 5, 2023.  There are additional outstanding consultations and the FBI will make rolling releases of non-exempt materials as it receives responses to its consultation requests.

3. Regarding part 2, the following entities/offices are searching for potentially responsive records pursuant to agreement of the parties:  FBI; the Office of Legal Counsel ("OLC"), and the Office of Information Policy (on behalf of the Office of the Attorney General and the Office of the Deputy Attorney General).

4. FBI has now completed its searches for records potentially responsive to part 2 of Plaintiff's request, as well as its initial review of those records for responsiveness.  FBI will process potentially responsive records at a rate of approximately 500 reviewed pages per month, and anticipates making its first interim release by November 30, 2023.

5. OLC has also completed its initial responsiveness review and has identified a set of likely responsive records.  OLC is in the process of reviewing those records for final responsiveness determinations, as well as for applicable exemptions.  This review requires consultation with multiple other entities, and consultations and review remain outstanding for each of those records.  Accordingly, OLC is not yet in a position to estimate a date for its final production.

6. As previously reported, OIP's initial search for records potentially responsive to part 2 is complete.  OIP's initial responsiveness review and deduplication process of the initial search results is ongoing.  Once complete, which OIP anticipates to occur by the end of the month, the parties will confer regarding the time necessary to complete the initial processing of the material initially determined to be potentially responsive after the initial responsiveness review.

7. The parties respectfully request that be permitted to submit another status report on

or before November 10, 2023.

Dated: October 10, 2023                    Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Julia A. Heiman*
JULIA A. HEIMAN
D.C. Bar No. 986228
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC  20005
Tel:  (202) 616-8480
Email:  julia.heiman@usdoj.gov

*Attorneys for Defendant*

*/s/ Paul J. Orfanedes*
PAUL J. ORFANEDES
D.C. Bar No. 429716
Judicial Watch, Inc.
425 Third Street SW, Suite 800
Washington, DC 20024
Tel:  (202) 646-5172
Email:  porfanedes@judicialwatch.org

*Counsel for Plaintiff*