IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| vs. ) | Case No. 1:22-cv-02264 (RDM) |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| *Defendant*. ) | |
| ) | |

**JOINT STATUS REPORT**

The parties, by counsel and pursuant to the Court's November 14, 2023, Minute Order, respectfully submit this latest joint status report:

1. At issue in this Freedom of Information Act ("FOIA") litigation is Plaintiff's February 17, 2022, request for the following:

    1. All records regarding the Federal Bureau of Investigation's Crossfire Hurricane investigation that were provided to the White House by the Department of Justice on or about December 30, 2020. For purposes of clarification, the records sought are those described in a January 19, 2021 Presidential Memorandum (see https://trnmpwhitehouse.archives.gov/prc presidential actions/memorandum-declassification-certain-materials-related-fbis-crossfire-hurricane investigation/).

    2. All records of communication between any official or employee of the Department of Justice and any official or employee of any other branch, department, agency, or office of the federal government regarding the declassification and release of the records described in part one of this request.

2. Regarding part 1 of the request, as the parties previously reported, FBI's production on March 14, 2023, completed the FBI's response to part 1 except for records sent out for consultation. Since then, the FBI has made three releases of consult returns, on May 2, 2023,

June 8, 2023, and July 5, 2023. There are additional outstanding consultations and the FBI will make rolling releases of non-exempt materials as it receives responses to its consultation requests.

3. Regarding part 2, the following entities/offices are searching for potentially responsive records pursuant to agreement of the parties: FBI; the Office of Legal Counsel ("OLC"), and the Office of Information Policy (on behalf of the Office of the Attorney General and the Office of the Deputy Attorney General).

4. As previously reported, FBI has now completed its searches for records potentially responsive to part 2 of Plaintiff's request, as well as its initial review of those records for responsiveness. FBI is processing potentially responsive records at a rate of approximately 500 reviewed pages per month. The FBI made its first interim release on November 30, 2023. The FBI anticipates making its next interim release by December 29, 2023.

5. OLC has also completed its initial responsiveness review for part 2 and has identified a set of likely responsive records. OLC is in the process of reviewing those records for responsiveness determinations, as well as for applicable exemptions. This review is proceeding, and still requires consultation with multiple other entities, and consultations and review remain outstanding for each of those records. Accordingly, while OLC is not yet in a position to estimate a date for its final response, OLC estimates it will be able to provide a first response on or by January 26, 2024.

6. As previously reported, OIP's initial search for records potentially responsive to part 2 is complete. OIP has completed its initial responsiveness review of the initial search results, as well as the initial deduplication process. The parties will soon discuss the scope of the request and confer regarding the time necessary to complete the initial processing of the material initially

determined to be potentially responsive based on the scope discussed.

7. The parties respectfully request that be permitted to submit another status report on or before January 11, 2024.

Dated: December 11, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Julia A. Heiman*
JULIA A. HEIMAN
D.C. Bar No. 986228
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC  20005
Tel:  (202) 616-8480
Email:  julia.heiman@usdoj.gov

*Attorneys for Defendant*


*/s/ Jason Aldrich*
Jason Aldrich
D.C. Bar No. 495488
Judicial Watch, Inc.
425 Third Street S.W., Suite 800
Washington, DC 20024
(202) 646-5172
E-mail: jaldrich@judicialwatch.org

*Counsel for Plaintiff*