## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| vs. | ) | Case No. 1:22-cv-02264 (RDM) |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| *Defendant.* | ) | |
| _____ | ) | |

## JOINT STATUS REPORT

The parties, by counsel and pursuant to the Court's February 21, 2024, Minute Order,

respectfully submit this latest joint status report:

1.      At issue in this Freedom of Information Act ("FOIA") litigation is Plaintiff's

February 17, 2022, request for the following:

> 1.      All records regarding the Federal Bureau of Investigation's
> Crossfire Hurricane investigation that were provided to the
> White House by the Department of Justice on or about
> December 30, 2020.  For purposes of clarification, the
> records sought are those described in a January 19, 2021
> Presidential Memorandum (see
> https://trnmpwhitehouse.archivcs.gov/prc presidential
> actions/memorandum-declassification-certain-materials-
> related-fbis-crossfire-hurricane-investigation/).

> 2.      All records of communication between any official or
> employee of the Department of Justice and any official or
> employee of any other branch, department, agency, or
> office of the federal government regarding the
> declassification and release of the records described in part
> one of this request.

2.      Regarding part 1 of the request, as the parties previously reported, FBI's production

on March 14, 2023, completed the FBI's response to part 1 except for records sent out for

consultation.  Since then, the FBI has made three releases of consult returns, on May 2, 2023,

June 8, 2023, and July 5, 2023.  There are additional outstanding consultations and the FBI will make rolling releases of non-exempt materials as it receives responses to its consultation requests.

3.      Regarding part 2, the following entities/offices are searching for potentially responsive records pursuant to agreement of the parties:  FBI; the Office of Legal Counsel ("OLC"), and the Office of Information Policy (on behalf of the Office of the Attorney General and the Office of the Deputy Attorney General).

4.      As previously reported, FBI has completed its searches for records potentially responsive to part 2 of Plaintiff's request, as well as its initial review of those records for responsiveness.  FBI is processing potentially responsive records at a rate of approximately 500 reviewed pages per month.  The FBI has made interim releases on November 30, 2023, December 29, 2023, January 30, 2024, and February 29, 2024.  FBI anticipates making its next interim release by March 29, 2024.

5.      OLC has also completed its initial responsiveness review for part 2 and has identified a set of likely responsive records.  OLC is continuing to process those records, including through the consultation process, and provided its first response to Plaintiff on January 26, 2024. OLC anticipates that it will make a second interim response on or by March 29, 2024.

6.      As previously reported, OIP's initial search for records potentially responsive to part 2, as well as the initial responsiveness review and deduplication process, was completed, and the parties intended to confer regarding the time necessary to complete the initial processing of the material initially determined to be potentially responsive based on the scope discussed.  As OIP has been deliberating internally concerning proposals related to the scope of Plaintiff's request, OIP has received as consultations from FBI approximately 630 pages of material containing equities of

offices for which OIP administers FOIA.  There is substantial overlap between those pages and

responsive materials that OIP located in its own search.  Therefore, in light of the volume of those

records and the overlap with materials that OIP located, OIP proposes that, for the time being, in

lieu of processing the material it initially located, OIP instead focus on processing those

consultations from the FBI.  OIP anticipates that it can complete its initial review of the

consultations from the FBI in approximately 45 days.  The parties intend to confer on OIP's

proposal before the next joint status report.

       7.     The parties respectfully request that be permitted to submit another status report on

or before April 12, 2024.

Dated: March 12, 2024                  Respectfully submitted,

                                   BRIAN M. BOYNTON
                                   Principal Deputy Assistant Attorney General

                                   ELIZABETH J. SHAPIRO
                                   Deputy Director
                                   Federal Programs Branch

                                   */s/ Julia A. Heiman*
                                   JULIA A. HEIMAN
                                   D.C. Bar No. 986228
                                   Senior Counsel
                                   United States Department of Justice
                                   Civil Division, Federal Programs Branch
                                   1100 L Street NW
                                   Washington, DC  20005
                                   Tel:  (202) 616-8480
                                   Email:  julia.heiman@usdoj.gov

                                   *Attorneys for Defendant*

_/s/ Paul J. Orfanedes_
PAUL J. ORFANEDES
D.C. Bar No. 429716
Judicial Watch, Inc.
425 Third Street S.W., Suite 800
Washington, DC 20024
(202) 646-5172
E-mail: porfanedes@judicialwatch.org

_Counsel for Plaintiff_