IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., )<br>)<br>*Plaintiff*, )<br>)<br>vs. )<br>)<br>U.S. DEPARTMENT OF JUSTICE, )<br>)<br>*Defendant*. )<br>_____) | Case No. 1:22-cv-02264 (RDM) |

**JOINT STATUS REPORT**

The parties, by counsel and pursuant to the Court's March 13, 2024, Minute Order, respectfully submit this latest joint status report:

1.    At issue in this Freedom of Information Act ("FOIA") litigation is Plaintiff's February 17, 2022, request for the following:

> 1.    All records regarding the Federal Bureau of Investigation's Crossfire Hurricane investigation that were provided to the White House by the Department of Justice on or about December 30, 2020. For purposes of clarification, the records sought are those described in a January 19, 2021 Presidential Memorandum (see https://trnmpwhitehouse.archives.gov/prc presidential actions/memorandum-declassification-certain-materials-related-fbis-crossfire-hurricane investigation/).
>
> 2.    All records of communication between any official or employee of the Department of Justice and any official or employee of any other branch, department, agency, or office of the federal government regarding the declassification and release of the records described in part one of this request.

2.    Regarding part 1 of the request, as the parties previously reported, FBI's production on March 14, 2023, completed the FBI's response to part 1 except for records sent out for consultation. Since then, the FBI has made three releases of consult returns, on May 2, 2023,

June 8, 2023, and July 5, 2023.  There are additional outstanding consultations and the FBI will make rolling releases of non-exempt materials as it receives responses to its consultation requests.

3. Regarding part 2, the following entities/offices are searching for potentially responsive records pursuant to agreement of the parties:  FBI; the Office of Legal Counsel ("OLC"), and the Office of Information Policy (on behalf of the Office of the Attorney General and the Office of the Deputy Attorney General).

4. As previously reported, FBI has completed its searches for records potentially responsive to part 2 of Plaintiff's request, as well as its initial review of those records for responsiveness.  FBI is processing potentially responsive records at a rate of approximately 500 reviewed pages per month.  The FBI has made interim releases on November 30, 2023, December 29, 2023, January 30, 2024, February 29, 2024, and March 29, 2024.  FBI anticipates making its next interim release by April 30, 2024.

5. OLC has also completed its initial responsiveness review for part 2 and has identified a set of likely responsive records.  OLC is continuing to process those records, including through the consultation process, and provided its first response to Plaintiff on January 26, 2024.  OLC had anticipated making a second interim response on or by March 29, 2024.  Although that did not prove possible, OLC provided that response to Plaintiff today.

6. As previously reported, OIP's initial search for records potentially responsive to part 2, as well as the initial responsiveness review and deduplication process, has been completed.  However, while OIP was deliberating internally concerning proposals related to the scope of Plaintiff's request, OIP received as consultations from FBI approximately 660 pages of material containing equities of offices for which OIP administers FOIA.  There was substantial overlap

between those pages and responsive materials that OIP located in its own search.  Therefore, in light of the volume of those records and the overlap with materials that OIP located, in lieu of processing the material it initially located, OIP is focusing on processing those consultations from the FBI.  OIP anticipates that it can complete its initial review of the first four sets of consultations from the FBI received by OIP in advance of the last status report in approximately 15 days, at which point it will circulate the material for consultation prior to response to the FBI. Additionally, since the parties' most recent status report, OIP has received another set of consultations from the FBI, for which OIP anticipates that it will complete its initial review once it finishes the first four sets.

7. The parties respectfully request that be permitted to submit another status report on or before May 13, 2024.

Dated: April 12, 2024                            Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Julia A. Heiman*
JULIA A. HEIMAN
D.C. Bar No. 986228
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC  20005
Tel:  (202) 616-8480
Email:  julia.heiman@usdoj.gov

*Attorneys for Defendant*

*/s/ Paul J. Orfanedes*
PAUL J. ORFANEDES

D.C. Bar No. 429716
Judicial Watch, Inc.
425 Third Street S.W., Suite 800
Washington, DC 20024
(202) 646-5172
E-mail: porfanedes@judicialwatch.org

*Counsel for Plaintiff*

- 4 -