IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., | ) |
|     *Plaintiff*, | ) |
| vs. | ) Case No. 1:22-cv-02264 (RDM) |
| U.S. DEPARTMENT OF JUSTICE, | ) |
|     *Defendant*. | ) |

## JOINT STATUS REPORT

The parties, by counsel and pursuant to the Court's May 15, 2024, Minute Order, respectfully submit this latest joint status report:

1. At issue in this Freedom of Information Act ("FOIA") litigation is Plaintiff's February 17, 2022, request for the following:

    1. All records regarding the Federal Bureau of Investigation's Crossfire Hurricane investigation that were provided to the White House by the Department of Justice on or about December 30, 2020. For purposes of clarification, the records sought are those described in a January 19, 2021 Presidential Memorandum (see https://trnmpwhitehouse.archives.gov/presidential actions/memorandum-declassification-certain-materials-related-fbis-crossfire-hurricane investigation/).

    2. All records of communication between any official or employee of the Department of Justice and any official or employee of any other branch, department, agency, or office of the federal government regarding the declassification and release of the records described in part one of this request.

2. Regarding part 1 of the request, as the parties previously reported, FBI's production on March 14, 2023, completed the FBI's response to part 1 except for records sent out for consultation. Since then, the FBI has made three releases of consult returns, on May 2, 2023,

June 8, 2023, and July 5, 2023.  There are additional outstanding consultations and the FBI will make rolling releases of non-exempt materials as it receives responses to its consultation requests.

3. Regarding part 2, the following entities/offices are searching for potentially responsive records pursuant to agreement of the parties:  FBI; the Office of Legal Counsel ("OLC"), and the Office of Information Policy (on behalf of the Office of the Attorney General and the Office of the Deputy Attorney General).

4. As previously reported, FBI has completed its searches for records potentially responsive to part 2 of Plaintiff's request, as well as its initial review of those records for responsiveness.  FBI is processing potentially responsive records at a rate of approximately 500 reviewed pages per month.  The FBI has made interim releases on November 30, 2023, December 29, 2023, January 30, 2024, February 29, 2024, March 29, 2024, April 30, 2024, and May 31, 2024.  FBI anticipates making its next interim release by June 28, 2024.

5. OLC has also completed its initial responsiveness review for part 2 and has identified a set of likely responsive records.  OLC is continuing to process those records, including through the consultation process, and provided interim responses to Plaintiff on January 26, 2024 and April 12, 2024.  While it did not prove possible for OLC to provide its next interim response by June 14, 2024 as OLC had anticipated, OLC will be making that release imminently.

6. As previously reported, OIP received as consultations from FBI a significant amount of material containing equities of offices for which OIP administers FOIA.  Because of the substantial overlap between those pages and responsive materials that OIP located in its own search, OIP is focusing on processing those consultations from the FBI.  Save for a few pages it extracted for further review, OIP has completed its initial review of the first four sets of

consultations from the FBI, and has circulated the material for consultation. Once the consultations are complete, OIP will provide its response to FBI for review and response to Plaintiff. OIP is moving to its review of the next three batches of consultations it received from FBI, and once complete, will circulate the material for consultation prior to response to the FBI.

7. The parties respectfully request that they be permitted to submit another status report on or before July 15, 2024.

Dated: June 14, 2024                           Respectfully submitted,

                                               BRIAN M. BOYNTON
                                               Principal Deputy Assistant Attorney General

                                               ELIZABETH J. SHAPIRO
                                               Deputy Director
                                               Federal Programs Branch

                                               */s/ Julia A. Heiman*
                                               JULIA A. HEIMAN
                                               D.C. Bar No. 986228
                                               Senior Counsel
                                               United States Department of Justice
                                               Civil Division, Federal Programs Branch
                                               1100 L Street NW
                                               Washington, DC  20005
                                               Tel:  (202) 616-8480
                                               Email:  julia.heiman@usdoj.gov

                                               *Attorneys for Defendant*

                                               */s/ Paul J. Orfanedes*
                                               PAUL J. ORFANEDES
                                               D.C. Bar No. 429716
                                               Judicial Watch, Inc.
                                               425 Third Street S.W., Suite 800
                                               Washington, DC 20024
                                               (202) 646-5172
                                               E-mail: porfanedes@judicialwatch.org

                                               *Counsel for Plaintiff*