IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., )<br>)<br>    *Plaintiff*, )<br>)<br>vs. )<br>)<br>U.S. DEPARTMENT OF JUSTICE, )<br>)<br>    *Defendant*. )<br>_____) | Case No. 1:22-cv-02264 (RDM) |

## JOINT STATUS REPORT

The parties, by counsel and pursuant to the Court's May 15, 2024, Minute Order, respectfully submit this latest joint status report:

1. At issue in this Freedom of Information Act ("FOIA") litigation is Plaintiff's February 17, 2022, request for the following:

   1. All records regarding the Federal Bureau of Investigation's Crossfire Hurricane investigation that were provided to the White House by the Department of Justice on or about December 30, 2020. For purposes of clarification, the records sought are those described in a January 19, 2021 Presidential Memorandum (see https://trnmpwhitehouse.archives.gov/pre presidential actions/memorandum-declassification-certain-materials-related-fbis-crossfire-hurricane investigation/).

   2. All records of communication between any official or employee of the Department of Justice and any official or employee of any other branch, department, agency, or office of the federal government regarding the declassification and release of the records described in part one of this request.

2. Regarding part 1 of the request, as the parties previously reported, FBI's production on March 14, 2023, completed the FBI's response to part 1 except for records sent out for consultation. Since then, the FBI has made three releases of consult returns, on May 2, 2023,

June 8, 2023, and July 5, 2023.  There are additional outstanding consultations and the FBI will make rolling releases of non-exempt materials as it receives responses to its consultation requests.

3. Regarding part 2, the following entities/offices are searching for potentially responsive records pursuant to agreement of the parties:  FBI; the Office of Legal Counsel ("OLC"), and the Office of Information Policy (on behalf of the Office of the Attorney General and the Office of the Deputy Attorney General).

4. As previously reported, FBI has completed its searches for records potentially responsive to part 2 of Plaintiff's request, as well as its initial review of those records for responsiveness.  FBI is processing potentially responsive records at a rate of approximately 500 reviewed pages per month.  The FBI has made interim releases on November 30, 2023, December 29, 2023, January 30, 2024, February 29, 2024, March 29, 2024, April 30, 2024, May 31, 2024, June 28, 2024, July 31, 2024, August 30, 2024, and September 30, 2024.  FBI anticipates making its next interim release by October 30, 2024.

5. OLC has completed its processing of records responsive to part 2 of Plaintiff's request, and provided responses to Plaintiff on January 26, 2024, April 12, 2024, and June 28, 2024.

6. As previously reported, OIP received as consultations from FBI a significant amount of material containing equities of offices for which OIP administers FOIA.  Because of the substantial overlap between those pages and responsive materials that OIP located in its own search, OIP is focusing on processing those consultations from the FBI.  Save for a few pages it extracted for further review, OIP has completed its initial review of the first four sets of consultations from the FBI, and has circulated the material for consultation.  OIP is working with

equity holders to complete the consultation process, and anticipates being able to provide its response to FBI for review in advance of the next Joint Status Report.  Additionally, OIP's review of the other batches of consultations it received from FBI remains ongoing.  Once complete, OIP will circulate the material for consultation prior to response to the FBI.

7. The parties respectfully request that they be permitted to submit another status report on or before November 18, 2024.

Dated: October 16, 2024                           Respectfully submitted,

                                                                    BRIAN M. BOYNTON
                                                                    Principal Deputy Assistant Attorney General

                                                                    ELIZABETH J. SHAPIRO
                                                                    Deputy Director
                                                                    Federal Programs Branch

                                                                    /s/ Julia A. Heiman
                                                                    JULIA A. HEIMAN
                                                                    D.C. Bar No. 986228
                                                                    Senior Counsel
                                                                    United States Department of Justice
                                                                    Civil Division, Federal Programs Branch
                                                                    1100 L Street NW
                                                                    Washington, DC  20005
                                                                    Tel:  (202) 616-8480
                                                                    Email:  julia.heiman@usdoj.gov

                                                                    *Attorneys for Defendant*

                                                                      /s/ Lauren M. Burke
                                                                    LAUREN M. BURKE
                                                                    D.C. Bar No. 1028811
                                                                    Judicial Watch, Inc.
                                                                    425 Third Street S.W., Suite 800
                                                                    Washington, DC 20024
                                                                    (202) 646-5194
                                                                    E-mail: lburke@judicialwatch.org

                                                                    *Counsel for Plaintiff*