IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| vs. ) | Case No. 1:22-cv-02264 (RDM) |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| *Defendant.* ) | |
| ) | |

### JOINT STATUS REPORT

The parties, by counsel and pursuant to the Court's May 15, 2024, Minute Order, respectfully submit this latest joint status report:

1. At issue in this Freedom of Information Act ("FOIA") litigation is Plaintiff's February 17, 2022, request for the following:

    1. All records regarding the Federal Bureau of Investigation's Crossfire Hurricane investigation that were provided to the White House by the Department of Justice on or about December 30, 2020. For purposes of clarification, the records sought are those described in a January 19, 2021 Presidential Memorandum (see https://trnmpwhitehousc.archivcs.gov/prc presidential actions/memorandum-declassification-certain-materials-related-fbis-crossfire-hurricane investigation/).

    2. All records of communication between any official or employee of the Department of Justice and any official or employee of any other branch, department, agency, or office of the federal government regarding the declassification and release of the records described in part one of this request.

2. Regarding part 1 of the request, as the parties previously reported, FBI's production on March 14, 2023, completed the FBI's response to part 1 except for records sent out for consultation. Since then, the FBI has made three releases of consult returns, on May 2, 2023,

June 8, 2023, and July 5, 2023.  There are additional outstanding consultations and the FBI will make rolling releases of non-exempt materials as it receives responses to its consultation requests.  As reported in the parties' most recent status report, FBI has received certain consultation responses, and anticipates production of those records by December 31, 2024. Additionally, FBI reports that, on November 29, 2024, FBI released records that it had reprocessed, responsive to both part 1 and part 2 of Plaintiff's request.

3. Regarding part 2, the following entities/offices are searching for potentially responsive records pursuant to agreement of the parties:  FBI; the Office of Legal Counsel ("OLC"), and the Office of Information Policy (on behalf of the Office of the Attorney General and the Office of the Deputy Attorney General).

4. As previously reported, FBI has completed its searches for records potentially responsive to part 2 of Plaintiff's request, as well as its initial review of those records for responsiveness.  FBI is processing potentially responsive records at a rate of approximately 500 reviewed pages per month.  The FBI has made interim releases on November 30, 2023, December 29, 2023, January 30, 2024, February 29, 2024, March 29, 2024, April 30, 2024, May 31, 2024, June 28, 2024, July 31, 2024, August 30, 2024, September 30, 2024, and October 30, 2024. FBI's production on October 30, 2024, completed the FBI's response to part 2 except for records sent out for consultation.  FBI will make rolling releases of non-exempt materials as it receives responses to its consultation requests.  Additionally, as noted above, on November 29, 2024, FBI released records that it had reprocessed, responsive to both part 1 and part 2 of Plaintiff's request.

5. OLC has completed its processing of records responsive to part 2 of Plaintiff's request, and provided responses to Plaintiff on January 26, 2024, April 12, 2024, and June 28,

2024.

6.      As previously reported, OIP received as consultations from FBI a significant amount of material containing equities of offices for which OIP administers FOIA. Because of the substantial overlap between those pages and responsive materials that OIP located in its own search, OIP is focusing on processing those consultations from the FBI. Save for a few pages it extracted for further review, OIP completed its initial review of the first four sets of consultations from the FBI, and has circulated the material for consultation. Since the parties' last update, OIP provided its consultation response to FBI for review and reconciliation. Additionally, OIP's review of the other batches of consultations it received from FBI remains ongoing. Once complete, OIP will circulate the material for consultation prior to response to the FBI.

7.      The parties respectfully request that they be permitted to submit another status report on or before January 22, 2024.

Dated: December 18, 2024          Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Julia A. Heiman*
JULIA A. HEIMAN
D.C. Bar No. 986228
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC  20005
Tel:  (202) 616-8480
Email:  julia.heiman@usdoj.gov

*Attorneys for Defendant*

        */s/ Lauren M. Burke*
LAUREN M. BURKE
D.C. Bar No. 1028811
Judicial Watch, Inc.
425 Third Street S.W., Suite 800
Washington, DC 20024
(202) 646-5194
E-mail: lburke@judicialwatch.org

*Counsel for Plaintiff*

- 4 -