# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| vs. | ) | Case No. 1:22-cv-02264 (RDM) |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| *Defendant.* | ) | |
| _____ | ) | |

## JOINT STATUS REPORT

The parties, by counsel and pursuant to the Court's February 25, 2025, Minute Order,

respectfully submit this latest joint status report:

1.      At issue in this Freedom of Information Act ("FOIA") litigation is Plaintiff's

February 17, 2022, request for the following:

> 1.      All records regarding the Federal Bureau of Investigation's
> Crossfire Hurricane investigation that were provided to the
> White House by the Department of Justice on or about
> December 30, 2020.  For purposes of clarification, the
> records sought are those described in a January 19, 2021
> Presidential Memorandum (see
> https://trnmpwhitehouse.archives.gov/pre presidential
> actions/memorandum-declassification-certain-materials-
> related-fbis-crossfire-hurricane investigation/).

> 2.      All records of communication between any official or
> employee of the Department of Justice and any official or
> employee of any other branch, department, agency, or
> office of the federal government regarding the
> declassification and release of the records described in part
> one of this request.

## DEFENDANT'S POSITION

2.      Regarding part 1 of the request, as the parties previously reported, FBI's production

on March 14, 2023, completed the FBI's response to part 1 except for records sent out for

consultation.  Since then, the FBI has made three releases of consult returns, on May 2, 2023, June 8, 2023, and July 5, 2023.  There are additional outstanding consultations and the FBI will make rolling releases of non-exempt materials as it receives responses to its consultation requests.  Additionally, FBI reports that, on November 29, 2024, FBI released records that it had reprocessed, responsive to both part 1 and part 2 of Plaintiff's request.

3.      On April 14, 2025, Plaintiff inquired of FBI regarding a news report that stated that a website entitled Just the News was publishing "over 700 pages of unredacted and declassified Crossfire Hurricane documents."  The component of FBI responsible for processing responses to FOIA requests has been working to determine how to address this news report, but requires additional time to complete that process.  Accordingly, FBI will confer with the Plaintiff once that process is complete, and proposes that the parties provide the Court with an update on this issue in their next joint status report, which Defendant proposes be set for May 27, 2025.

4.      Regarding part 2, the following entities/offices are searching for potentially responsive records pursuant to agreement of the parties:  FBI; the Office of Legal Counsel ("OLC"), and the Office of Information Policy (on behalf of the Office of the Attorney General and the Office of the Deputy Attorney General).

5.      As previously reported, FBI has completed its searches for records potentially responsive to part 2 of Plaintiff's request, as well as its initial review of those records for responsiveness.  FBI is processing potentially responsive records at a rate of approximately 500 reviewed pages per month.  The FBI has made interim releases on November 30, 2023, December 29, 2023, January 30, 2024, February 29, 2024, March 29, 2024, April 30, 2024, May 31, 2024, June 28, 2024, July 31, 2024, August 30, 2024, September 30, 2024, and October 30, 2024.

FBI's production on October 30, 2024, completed the FBI's response to part 2 except for records sent out for consultation. FBI will make rolling releases of non-exempt materials as it receives responses to its consultation requests. FBI has received certain consultation responses, and made releases of consult returns on December 31, 2025, January 31, 2025, February 28, 2025, and March 31, 2025. FBI anticipates making its next release by April 30, 2025. Additionally, as noted above, on November 29, 2024, FBI released records that it had reprocessed, responsive to both part 1 and part 2 of Plaintiff's request.

6.    OLC has completed its processing of records responsive to part 2 of Plaintiff's request, and provided responses to Plaintiff on January 26, 2024, April 12, 2024, and June 28, 2024.

7.    As previously reported, OIP received as consultations from FBI a significant amount of material containing equities of offices for which OIP administers FOIA. Because of the substantial overlap between those pages and responsive materials that OIP located in its own search, OIP is focusing on processing those consultations from the FBI. OIP completed its initial review of the FBI consultations and circulated material for further consultation. That consultation process remains ongoing. Additionally, OIP is in the process of conducting its review and initial processing of material referred to it by OLC. As previously reported, OIP will provide its response to the OLC referral once the initial processing and consultation process is complete as to that material.

**PLAINTIFF'S POSITION**

1.    On April 10, 2025, hundreds of pages of unclassified documents released to Congress from the FBI's "Crossfire Hurricane" investigation were leaked to the media outlet

*Just the News*.[1]  The leaked records are directly responsive to Plaintiff's request.  On April 14, 2025, Plaintiff inquired of FBI regarding the news report on the media website.  Plaintiff only received a response today, noted above in ¶ 3, that the FBI is working on it, requires additional time and will confer once the process is complete. Plaintiff has received similar responses to questions regarding a final timeframe.

2.      Plaintiff was forced to file a lawsuit after Defendant failed to respond to its FOIA request.  Plaintiff followed the process.  Now, 3 years later, it continues to receive little more than "we are working on it" responses.  At the same time, Defendant is releasing documents to the media on the fly rather than going through the process.

3.      Plaintiff respectfully requests the Court order a status conference on this matter at its convenience.[2]

Dated: April 28, 2025                    Respectfully submitted,

                                         YAAKOV M. ROTH
                                         Acting Assistant Attorney General


                                         ELIZABETH J. SHAPIRO
                                         Deputy Director
                                         Federal Programs Branch

                                         */s/ Julia A. Heiman*
                                         JULIA A. HEIMAN
                                         D.C. Bar No. 986228
                                         Senior Counsel
                                         United States Department of Justice
                                         Civil Division, Federal Programs Branch
                                         1100 L Street NW

---

[1]      https://justthenews.com/government/federal-agencies/kash-patel-sends-declassified-crossfire-hurricane-docs-russiagate

[2]      Please note counsel for Defendant is unavailable May 28, 2025 – June 8, 2025.

Washington, DC  20005
Tel:  (202) 616-8480
Email:  julia.heiman@usdoj.gov

*Attorneys for Defendant*

 /s/ Lauren M. Burke
LAUREN M. BURKE
D.C. Bar No. 1028811
Judicial Watch, Inc.
425 Third Street S.W., Suite 800
Washington, DC 20024
(202) 646-5194
E-mail: lburke@judicialwatch.org

*Counsel for Plaintiff*