IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| vs. ) | Case No. 1:22-cv-02264 (RDM) |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| *Defendant*. ) | |
| ) | |

## JOINT STATUS REPORT

Pursuant to the Court's May 28, 2025, Minute Order, the parties, by undersigned counsel, report that they continue to confer regarding Defendant's release of records and remaining productions as well as Defendant's search efforts in this matter. As these conversations are ongoing, the parties no longer feel a status conference is necessary at this time.

The parties will update the Court on these and any further issues in their June 30, 2025, status report.

Dated: June 4, 2025                    Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Heidy L. Gonzalez*
HEIDY L. GONZALEZ
FL Bar No. 1025003
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005

Tel:  (202) 598-7409
Email:  heidy.gonzalez@usdoj.gov

*Attorneys for Defendant*

 /s/ Lauren M. Burke
LAUREN M. BURKE
D.C. Bar No. 1028811
Judicial Watch, Inc.
425 Third Street S.W., Suite 800
Washington, DC 20024
(202) 646-5194
E-mail: lburke@judicialwatch.org

*Counsel for Plaintiff*