IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUDICIAL WATCH, INC.,                           )
                                                )
                    *Plaintiff,*                )
                                                )
vs.                                             )         Case No. 1:22-cv-02264 (RDM)
                                                )
U.S. DEPARTMENT OF JUSTICE,                     )
                                                )
                    *Defendant.*                )
_____)

## JOINT STATUS REPORT

The parties, by counsel and pursuant to the Court's April 30, 2025, Minute Order,

respectfully submit this latest joint status report:

1.      At issue in this Freedom of Information Act ("FOIA") litigation is Plaintiff's

February 17, 2022, request for the following:

> 1.      All records regarding the Federal Bureau of Investigation's
> Crossfire Hurricane investigation that were provided to the
> White House by the Department of Justice on or about
> December 30, 2020.  For purposes of clarification, the
> records sought are those described in a January 19, 2021
> Presidential Memorandum (see
> https://trnmpwhitehousc.archivcs.gov/prc presidential
> actions/memorandum-declassification-certain-materials-
> related-fbis-crossfire-hurricane investigation/).

> 2.      All records of communication between any official or
> employee of the Department of Justice and any official or
> employee of any other branch, department, agency, or
> office of the federal government regarding the
> declassification and release of the records described in part
> one of this request.

2.      Regarding part 1 of the request, the FBI completed its response on March 14,

2023 except for records sent out for consultation.

3.      The FBI has made three releases of consult returns, on May 2, 2023, June 8, 2023,

and July 5, 2023.

4.      On November 29, 2024, FBI released records that it had reprocessed, responsive to both part 1 and part 2 of Plaintiff's request.

5.      Regarding Plaintiff's April 14, 2025 inquiry of FBI regarding a news report that stated that a website entitled Just the News was publishing "over 700 pages of unredacted and declassified Crossfire Hurricane documents.", the FBI, as a result of the March 25, 2025 Presidential Memorandum, available at https://www.whitehouse.gov/presidential-actions/2025/03/immediate-declassification-of-materials-related-to-the-federal-bureau-of-investigations-crossfire-hurricane-investigation/, made a discretionary release of a new version of the records responsive to part one of Plaintiff's request:  https://www.fbi.gov/how-we-can-help-you/more-fbi-services-and-information/discretionary-release-of-information.  The parties are continuing to confer regarding this release, and its potential impact on this litigation.

4.      Regarding part 2, in addition to the productions described in the May 27, 2025, joint status report, Defendant has made further releases of consultation responses on April 30, 2025, May 30, 2025, and June 30, 2025.  *See* ECF No. 44, ¶¶ 4-5.  Additionally, as noted above, on November 29, 2024, FBI released records that it had reprocessed, responsive to both part 1 and part 2 of Plaintiff's request.  FBI has been processing potentially responsive records at a rate of approximately 500 reviewed pages per month, and FBI will continue making rolling releases of non-exempt materials as it receives responses to its consultation requests.

6.      OLC has completed its processing of records responsive to part 2 of Plaintiff's request, and provided responses to Plaintiff on January 26, 2024, April 12, 2024, and June 28, 2024.

7.      As previously reported, OIP received as consultations from FBI a significant

amount of material containing equities of offices for which OIP administers FOIA.  Because of the

substantial overlap between those pages and responsive materials that OIP located in its own

search, OIP focused on processing those consultations from the FBI.  OIP completed its initial

review of the FBI consultations and circulated material for further consultation.  That consultation

process remains ongoing.  Additionally, OIP completed its review and initial processing of

material referred to it by OLC, and has circulated that material for consultation.  OIP will provide

its response to the OLC referral once the consultation process is complete as to that material.

       8.     The parties respectfully request that they be permitted to submit another status

report on or before August 22, 2025.

Dated: June 30, 2025                    Respectfully submitted,

                                                BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Julia A. Heiman*
JULIA A. HEIMAN
D.C. Bar No. 986228
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC  20005
Tel:  (202) 616-8480
Email:  julia.heiman@usdoj.gov

*Attorneys for Defendant*

 */s/ Lauren M. Burke*
LAUREN M. BURKE
D.C. Bar No. 1028811

- 3 -

- 4 -

Judicial Watch, Inc.
425 Third Street S.W., Suite 800
Washington, DC 20024
(202) 646-5194
E-mail: lburke@judicialwatch.org

*Counsel for Plaintiff*