IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| vs. ) | Case No. 1:22-cv-02264 (RDM) |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| *Defendant*. ) | |
| ) | |

**JOINT STATUS REPORT**

The parties, by counsel and pursuant to the Court's July 3, 2025, Minute Order, respectfully submit this latest joint status report:

1. At issue in this Freedom of Information Act ("FOIA") litigation is Plaintiff's February 17, 2022, request for the following:

    1. All records regarding the Federal Bureau of Investigation's Crossfire Hurricane investigation that were provided to the White House by the Department of Justice on or about December 30, 2020. For purposes of clarification, the records sought are those described in a January 19, 2021 Presidential Memorandum (see https://trnmpwhitehouse.archives.gov/pre presidential actions/memorandum-declassification-certain-materials-related-fbis-crossfire-hurricane investigation/).

    2. All records of communication between any official or employee of the Department of Justice and any official or employee of any other branch, department, agency, or office of the federal government regarding the declassification and release of the records described in part one of this request.

2. Regarding part 1 of the request, the FBI completed its response on March 14, 2023, except for records sent out for consultation.

3. The FBI has made three releases of consult returns, on May 2, 2023, June 8, 2023,

and July 5, 2023.

4. On November 29, 2024, FBI released records that it had reprocessed, responsive to both part 1 and part 2 of Plaintiff's request.

5. Regarding Plaintiff's April 14, 2025 inquiry of FBI regarding a news report that stated that a website entitled Just the News was publishing "over 700 pages of unredacted and declassified Crossfire Hurricane documents.", the FBI, as a result of the March 25, 2025 Presidential Memorandum, available at https://www.whitehouse.gov/presidential-actions/2025/03/immediate-declassification-of-materials-related-to-the-federal-bureau-of-investigations-crossfire-hurricane-investigation/, made a discretionary release of a new version of the records responsive to part one of Plaintiff's request:

https://www.fbi.gov/how-we-can-help-you/more-fbi-services-and-information/discretionary-release-of-information.  The parties are continuing to confer regarding this release, and its potential impact on this litigation.

4. Regarding part 2, in addition to the productions described in the May 27, 2025, joint status report, Defendant has made further releases of consultation responses on April 30, 2025, May 30, 2025, June 30, 2025, and in July 2025.  *See* ECF No. 44, ¶¶ 4-5.  Additionally, as noted above, on November 29, 2024, FBI released records that it had reprocessed, responsive to both part 1 and part 2 of Plaintiff's request.  FBI has been processing potentially responsive records at a rate of approximately 500 reviewed pages per month, and FBI will continue making rolling releases of non-exempt materials as it receives responses to its consultation requests.  FBI anticipates making its next interim release on August 29, 2025.

6. OLC has completed its processing of records responsive to part 2 of Plaintiff's

request, and provided responses to Plaintiff on January 26, 2024, April 12, 2024, and June 28, 2024.

7. As previously reported, OIP received as consultations from FBI a significant amount of material containing equities of offices for which OIP administers FOIA. Because of the substantial overlap between those pages and responsive materials that OIP located in its own search, OIP focused on processing those consultations from the FBI. OIP completed its initial review of the FBI consultations and circulated material for further consultation. That consultation process still remains ongoing. Additionally, OIP completed its review and initial processing of material referred to it by OLC, and has circulated that material for consultation. That consultation process also remains ongoing. OIP will provide its response to the OLC referral once the consultation process is complete as to that material.

8. The parties respectfully request that they be permitted to submit another status report on or before October 22, 2025.

Dated: August 22, 2025                           Respectfully submitted,

                                                 BRETT A. SHUMATE
                                                 Assistant Attorney General

                                                 ELIZABETH J. SHAPIRO
                                                 Deputy Director
                                                 Federal Programs Branch

                                                 */s/ Julia A. Heiman*
                                                 JULIA A. HEIMAN
                                                 D.C. Bar No. 986228
                                                 Senior Counsel
                                                 United States Department of Justice
                                                 Civil Division, Federal Programs Branch
                                                 1100 L Street NW
                                                 Washington, DC 20005

Tel:  (202) 616-8480
Email:  julia.heiman@usdoj.gov

*Attorneys for Defendant*

 /s/ *Lauren M. Burke*
LAUREN M. BURKE
D.C. Bar No. 1028811
Judicial Watch, Inc.
425 Third Street S.W., Suite 800
Washington, DC 20024
(202) 646-5194
E-mail: lburke@judicialwatch.org

*Counsel for Plaintiff*