IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., )<br>)<br>*Plaintiff*, )<br>)<br>vs. )<br>)<br>U.S. DEPARTMENT OF JUSTICE, )<br>)<br>*Defendant*. )<br>_____ ) | Case No. 1:22-cv-02264 (RDM) |

### JOINT STATUS REPORT

The parties, by counsel and pursuant to the Court's December 8, 2025, Minute Order, respectfully submit this latest joint status report:

1. At issue in this Freedom of Information Act ("FOIA") litigation is Plaintiff's February 17, 2022, request for the following:

    1. All records regarding the Federal Bureau of Investigation's Crossfire Hurricane investigation that were provided to the White House by the Department of Justice on or about December 30, 2020. For purposes of clarification, the records sought are those described in a January 19, 2021 Presidential Memorandum (see https://trnmpwhitehouse.archives.gov/presidential actions/memorandum-declassification-certain-materials-related-fbis-crossfire-hurricane investigation/).

    2. All records of communication between any official or employee of the Department of Justice and any official or employee of any other branch, department, agency, or office of the federal government regarding the declassification and release of the records described in part one of this request.

2. Regarding part 1 of the request, the FBI completed its response on March 14, 2023, except for records sent out for consultation.

3. The FBI has made three releases of consult returns, on May 2, 2023, June 8, 2023,

and July 5, 2023.

4. On November 29, 2024, FBI released records that it had reprocessed, responsive to both part 1 and part 2 of Plaintiff's request.

5. As a result of the March 25, 2025 Presidential Memorandum, available at https://www.whitehouse.gov/presidential-actions/2025/03/immediate-declassification-of-materials-related-to-the-federal-bureau-of-investigations-crossfire-hurricane-investigation/, made a discretionary release of a new version of the records responsive to part one of Plaintiff's request:  https://www.fbi.gov/how-we-can-help-you/more-fbi-services-and-information/discretionary-release-of-information.  The parties are continuing to confer regarding this release, and its potential impact on this litigation.

6. Regarding part 2, in addition to the productions described in the August 22, 2025, joint status report, Defendant has made further releases of consultation responses on August 29, 2025, and September 30, 2025.  *See* ECF No. 47.  FBI has been processing potentially responsive records at a rate of approximately 500 reviewed pages per month. Since the parties last filed a status report, FBI has made interim productions on December 23, 2025 and January 23, 2026. FBI will continue to make interim productions responsive to this request on or around the 23rd of each month.

7. OLC has completed its processing of records responsive to part 2 of Plaintiff's request, and provided responses to Plaintiff on January 26, 2024, April 12, 2024, and June 28, 2024.

8. As previously reported, OIP received as consultations from FBI a significant amount of material containing equities of offices for which OIP administers FOIA.  Because of the substantial overlap between those pages and responsive materials that OIP located in its own

search, OIP focused on processing those consultations from the FBI.  OIP completed its initial review of the FBI consultations and circulated material for further consultation.  That consultation process remains ongoing; however, OIP anticipates having to re-review material previously consulted from FBI.  Additionally, OIP completed its review and initial processing of material referred to it by OLC, and has circulated that material for consultation.  That consultation process also remains ongoing.  OIP will provide its response to the OLC referral once the consultation process is complete as to that material.

9. The parties respectfully request permission to submit continuing joint status reports every 60 days, with the next report due on or before February 4, 2026.

Dated: February 4, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

/s/ Michael J. Gerardi
MICHAEL J. GERARDI
D.C. Bar No.
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC  20005
Tel:  (202) 616-8480
Email:  Michael.J.Gerardi@usdoj.gov
*Attorneys for Defendant*

  /s/ Lauren M. Burke
LAUREN M. BURKE
D.C. Bar No. 1028811
Judicial Watch, Inc.
425 Third Street S.W., Suite 800

- 4 -

        Washington, DC 20024
        (202) 646-5194
        E-mail: lburke@judicialwatch.org

*Counsel for Plaintiff*