**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| vs. | ) | Case No. 1:22-cv-02264 (RDM) |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| *Defendant.* | ) | |
| _____ | ) | |

## JOINT STATUS REPORT

The parties, by counsel and pursuant to the Court's February 5, 2026, Minute Order,

respectfully submit this latest joint status report:

1. At issue in this Freedom of Information Act ("FOIA") litigation is Plaintiff's

February 17, 2022, request for the following:

> 1. All records regarding the Federal Bureau of Investigation's Crossfire Hurricane investigation that were provided to the White House by the Department of Justice on or about December 30, 2020.  For purposes of clarification, the records sought are those described in a January 19, 2021 Presidential Memorandum (see https://trnmpwhitehousc.archivcs.gov/prc presidential actions/memorandum-declassification-certain-materials-related-fbis-crossfire-hurricane investigation/).
>
> 2. All records of communication between any official or employee of the Department of Justice and any official or employee of any other branch, department, agency, or office of the federal government regarding the declassification and release of the records described in part one of this request.

2. Regarding part 1 of the request, the FBI completed its response on March 14, 2023,

except for records sent out for consultation.

3. The FBI has made three releases of consult returns, on May 2, 2023, June 8, 2023,

and July 5, 2023.

4.      On November 29, 2024, FBI released records that it had reprocessed, responsive to both part 1 and part 2 of Plaintiff's request.

5.      As a result of the March 25, 2025 Presidential Memorandum, available at https://www.whitehouse.gov/presidential-actions/2025/03/immediate-declassification-of-materials-related-to-the-federal-bureau-of-investigations-crossfire-hurricane-investigation/, made a discretionary release of a new version of the records responsive to part one of Plaintiff's request:  https://www.fbi.gov/how-we-can-help-you/more-fbi-services-and-information/discretionary-release-of-information.  The parties are continuing to confer regarding this release, and its potential impact on this litigation.

6.      Regarding part 2, in addition to the productions described in the February 04, 2026, joint status report, Defendant has made a further release of consultation responses on February 23, 2026. *See* ECF No. 50. On March 23, 2026, the FBI did not have any consultation responses to process and sent Plaintiff a status letter informing it as much. For April, the FBI has received additional consultation responses and anticipates making a release on or about April 23, 2026.

7.      OLC has completed its processing of records responsive to part 2 of Plaintiff's request, and provided responses to Plaintiff on January 26, 2024, April 12, 2024, and June 28, 2024.

8.      As previously reported, OIP received as consultations from FBI a significant amount of material containing equities of offices for which OIP administers FOIA.  Because of the substantial overlap between those pages and responsive materials that OIP located in its own search, OIP focused on processing those consultations from the FBI.  OIP completed its initial review of the FBI consultations and circulated material for further consultation.  However, OIP

and FBI have been conferring internally on this material, and OIP is in the process of re-reviewing material previously consulted from FBI. Additionally, OIP completed its review and initial processing of material referred to it by OLC, and has circulated that material for consultation. That consultation process also remains ongoing, and as with the consulted material, OIP and FBI have been conferring on the OLC referred material given its potential overlap with the FBI consulted material. OIP will provide its response to the OLC referral once the consultation process is complete as to that material.

9.      The parties respectfully request permission to submit continuing joint status reports every 60 days, with the next report due on or before June 4, 2026.

Dated: April 6, 2026                Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Jacqueline C. Lau*
JACQUELINE C. LAU
D.C. Bar No. 90024952
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC  20005
Tel: (202) 598-0914
Email: Jacqueline.C.Lau@usdoj.gov
*Attorneys for Defendant*

 */s/ Lauren M. Burke*
LAUREN M. BURKE
D.C. Bar No. 1028811
Judicial Watch, Inc.
425 Third Street S.W., Suite 800

- 3 -

- 4 -

Washington, DC 20024
(202) 646-5194
E-mail: lburke@judicialwatch.org

*Counsel for Plaintiff*