**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| vs. | ) | Case No. 1:22-cv-02264 (RDM) |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| *Defendant.* | ) | |
| _____ | ) | |

## JOINT STATUS REPORT

The parties, by counsel and pursuant to the Court's April 7, 2026, Minute Order,

respectfully submit this latest joint status report:

1.　　At issue in this Freedom of Information Act ("FOIA") litigation is Plaintiff's

February 17, 2022, request for the following:

> 1.　　All records regarding the Federal Bureau of Investigation's Crossfire Hurricane investigation that were provided to the White House by the Department of Justice on or about December 30, 2020.  For purposes of clarification, the records sought are those described in a January 19, 2021 Presidential Memorandum (see https://trnmpwhitehousc.archivcs.gov/prc presidential actions/memorandum-declassification-certain-materials-related-fbis-crossfire-hurricane investigation/).

> 2.　　All records of communication between any official or employee of the Department of Justice and any official or employee of any other branch, department, agency, or office of the federal government regarding the declassification and release of the records described in part one of this request.

2.　　Regarding part 1 of the request, the FBI completed its response on March 14, 2023,

except for records sent out for consultation.

3.　　The FBI has made three releases of consult returns, on May 2, 2023, June 8, 2023,

and July 5, 2023.

4.    On November 29, 2024, FBI released records that it had reprocessed, responsive to both part 1 and part 2 of Plaintiff's request.

5.    As a result of the March 25, 2025 Presidential Memorandum, available at https://www.whitehouse.gov/presidential-actions/2025/03/immediate-declassification-of-materials-related-to-the-federal-bureau-of-investigations-crossfire-hurricane-investigation/, made a discretionary release of a new version of the records responsive to part one of Plaintiff's request:  https://www.fbi.gov/how-we-can-help-you/more-fbi-services-and-information/discretionary-release-of-information.  The parties are continuing to confer regarding this release, and its potential impact on this litigation.

6.    Regarding part 2, since the last joint status report, the FBI made a further release of consultation responses on April 23, 2026 and May 22, 2026.  For June, the FBI has received additional consultation responses and anticipates making a release on or about June 23, 2026.

7.    OLC has completed its processing of records responsive to part 2 of Plaintiff's request, and provided responses to Plaintiff on January 26, 2024, April 12, 2024, and June 28, 2024.

8.    As previously reported, OIP received as consultations from FBI a significant amount of material containing equities of offices for which OIP administers FOIA.  Because of the substantial overlap between those pages and responsive materials that OIP located in its own search, OIP focused on processing those consultations from the FBI.  OIP completed its initial review of the FBI consultations and circulated material for further consultation.  However, OIP and FBI have been conferring internally on this material, and OIP is in the process of re-reviewing material previously consulted from FBI as those communications continue.  Additionally, OIP

completed its review and initial processing of material referred to it by OLC, and circulated that material for consultation. FBI recently returned its consultation response as to this material, however, OIP and FBI have been conferring on the OLC referred material given its overlap with the FBI consulted material.  OIP will provide its response to the OLC referral once the consultation process is completed and the responses are reconciled as to that material.

9.      The parties respectfully request permission to submit continuing joint status reports every 60 days, with the next report due on or before August 3, 2026.

Dated: June 4, 2026                                  Respectfully submitted,


                                                     BRETT A. SHUMATE
                                                     Assistant Attorney General


                                                     ELIZABETH J. SHAPIRO
                                                     Deputy Director
                                                     Federal Programs Branch

                                                     */s/ Jacqueline C. Lau*
                                                     JACQUELINE C. LAU
                                                     D.C. Bar No. 90024952
                                                     Trial Attorney
                                                     United States Department of Justice
                                                     Civil Division, Federal Programs Branch
                                                     1100 L Street NW
                                                     Washington, DC  20005
                                                     Tel: (202) 598-0914
                                                     Email: Jacqueline.C.Lau@usdoj.gov
                                                     *Attorneys for Defendant*

                                                     */s/ Lauren M. Burke*
                                                     LAUREN M. BURKE
                                                     D.C. Bar No. 1028811
                                                     Judicial Watch, Inc.
                                                     425 Third Street S.W., Suite 800
                                                     Washington, DC 20024
                                                     (202) 646-5194
                                                     E-mail: lburke@judicialwatch.org

*Counsel for Plaintiff*

*Counsel for Plaintiff*