**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| vs. | ) | Case No. 1:22-cv-02264 (RDM) |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| *Defendant.* | ) | |
| _____ | ) | |

**JOINT STATUS REPORT**

The parties, by counsel and pursuant to the Court's June 4, 2026, Order, respectfully

submit this latest joint status report:

1.      At issue in this Freedom of Information Act ("FOIA") litigation is Plaintiff's

February 17, 2022, request for the following:

1.      All records regarding the Federal Bureau of Investigation's
        Crossfire Hurricane investigation that were provided to the
        White House by the Department of Justice on or about
        December 30, 2020.  For purposes of clarification, the
        records sought are those described in a January 19, 2021
        Presidential Memorandum (see
        https://trnmpwhitehousc.archivcs.gov/prc presidential
        actions/memorandum-declassification-certain-materials-
        related-fbis-crossfire-hurricane investigation/).

2.      All records of communication between any official or
        employee of the Department of Justice and any official or
        employee of any other branch, department, agency, or
        office of the federal government regarding the
        declassification and release of the records described in part
        one of this request.

2.      Regarding part 1 of the request, as the parties previously reported, FBI's production

on March 14, 2023, completed the FBI's response to part 1 except for records sent out for

consultation.  Since then, the FBI has made three releases of consult returns, on May 2, 2023,

June 8, 2023, and July 5, 2023.  There are additional outstanding consultations and the FBI will make rolling releases of non-exempt materials as it receives responses to its consultation requests.

3. On November 29, 2024, FBI released records that it had reprocessed, responsive to both part 1 and part 2 of Plaintiff's request.

4. As a result of the March 25, 2025 Presidential Memorandum, available at

https://www.whitehouse.gov/presidential-actions/2025/03/immediate-declassification-ofmaterials-related-to-the-federal-bureau-of-investigations-crossfire-hurricane-investigation/, made a

discretionary release of a new version of the records responsive to part one of Plaintiff's request:

https://www.fbi.gov/how-we-can-help-you/more-fbi-services-andinformation/discretionary-release-of-information. The parties continue to confer regarding this release.

5. Regarding part 2, since the last joint status report, the FBI made a further release of consultation responses on June 23, 2026 and July 23, 2026. For June, the FBI reviewed and released in part 37 pages. For July, the FBI reviewed and released in part 28 pages. For August, the FBI has received additional consultation responses and anticipates making a release on or about August 24, 2026.

6. OLC has completed its processing of records responsive to part 2 of Plaintiff's request, and provided responses to Plaintiff on January 26, 2024, April 12, 2024, and June 28, 2024.

7. As previously reported, OIP received as consultations from FBI a significant amount of material containing equities of offices for which OIP administers FOIA. Because of the substantial overlap between those pages and responsive materials that OIP located in its own search, OIP focused on processing those consultations from the FBI. OIP completed its initial review of the FBI consultations and circulated material for further consultation. However, OIP and FBI have

been conferring internally on this material, and OIP is in the process of re-reviewing material previously consulted from FBI as those communications continue. Additionally, OIP completed its review and initial processing of material referred to it by OLC, and circulated that material for consultation. FBI recently returned its consultation response as to this material, however, OIP and FBI have been conferring on the OLC referred material given its overlap with the FBI consulted material. OIP will provide its response to the OLC referral once the consultation process is completed and the responses are reconciled as to that material. As to both the return of the FBI consulted material and the OLC referral, OIP will endeavor to complete its responses, to FBI and to Plaintiff, respectively, within the next 30 days.

8. The parties request permission to submit continuing joint status reports every 60 days, with the next report due on or before October 5, 2026.

Dated: August 3, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Michael J. Gerardi*
MICHAEL J. GERARDI
D.C. Bar No. 1019628
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC  20005
Tel:  (202) 616-0680
Email:  michael.j.gerardi@usdoj.gov

*Attorneys for Defendant*

*/s/ Lauren M. Burke*
LAUREN M. BURKE

D.C. Bar No. 1028811
Judicial Watch, Inc.
425 Third Street S.W., Suite 800
Washington, DC 20024
(202) 646-5194
E-mail: lburke@judicialwatch.org

*Counsel for Plaintiff*