**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., *Plaintiff*, | ) | |
| vs. | ) | Case No. 1:22-cv-02264 (RDM) |
| U.S. DEPARTMENT OF JUSTICE, *Defendant*. | ) | |

# JOINT STATUS REPORT

The parties, by counsel and pursuant to the Court's June 8, 2026, Order, respectfully submit this latest joint status report:

1. At issue in this Freedom of Information Act ("FOIA") litigation is Plaintiff's February 17, 2022, request for the following:

   1. All records regarding the Federal Bureau of Investigation's Crossfire Hurricane investigation that were provided to the White House by the Department of Justice on or about December 30, 2020. For purposes of clarification, the records sought are those described in a January 19, 2021 Presidential Memorandum (see https://trnmpwhitehousc.archivcs.gov/prc presidential actions/memorandum-declassification-certain-materials-related-fbis-crossfire-hurricane investigation/).

   2. All records of communication between any official or employee of the Department of Justice and any official or employee of any other branch, department, agency, or office of the federal government regarding the declassification and release of the records described in part one of this request.

2. Regarding part 1 of the request, as the parties previously reported, FBI's production on March 14, 2023, completed the FBI's response to part 1 except for records sent out for consultation. Since then, the FBI has made three releases of consult returns, on May 2, 2023,

June 8, 2023, and July 5, 2023. There are additional outstanding consultations and the FBI intends to continue making rolling releases of non-exempt materials as it receives responses to its consultation requests.

3. On November 29, 2024, FBI released records that it had reprocessed, responsive to both part 1 and part 2 of Plaintiff's request.

4. As a result of the March 25, 2025 Presidential Memorandum, available at https://www.whitehouse.gov/presidential-actions/2025/03/immediate-declassification-ofmaterials-related-to-the-federal-bureau-of-investigations-crossfire-hurricane-investigation/, FBI made a discretionary release of a new version of the records responsive to part 1 of Plaintiff's request: https://www.fbi.gov/how-we-can-help-you/more-fbi-services-andinformation/discretionary-release-of-information. The parties continue to confer regarding this release.

5. Regarding part 2, since the last joint status report, the FBI made a further release of consultation responses on August 21, 2026. In that release, the FBI reviewed and released in part 5 pages. For September, the FBI sent Plaintiff a letter informing it that the FBI was awaiting consultation responses and had nothing to release that month. For October, the FBI has not received additional consultation responses and does not anticipate making a release. The FBI continues to follow up with the remaining consulting agencies.

6. OLC has completed its processing of records responsive to part 2 of Plaintiff's request, and provided responses to Plaintiff on January 26, 2024, April 12, 2024, and June 28, 2024.

7. As previously reported, OIP received as consultations from FBI a significant amount of material containing equities of offices for which OIP administers FOIA. Because of the substantial overlap between those pages and responsive materials that OIP located in its own

search, OIP focused on processing those consultations from the FBI. OIP completed its initial review of the FBI consultations and circulated material for further consultation. Defendant reports that OIP and FBI have conferred internally and OIP is now re-reviewing the previously reviewed material received from FBI for consultation. Additionally, OIP completed its review and initial processing of material referred to it by OLC and circulated that material for consultation. Defendant reports OIP and FBI have conferred about the material referred by OLC and FBI recently returned its consultation responses. OIP will provide its responses to the OLC referrals once the consultation process is complete.

8. Plaintiff has requested more substantive information regarding the process, the status of referrals, outstanding agency responses, and an estimated timeframe for final production of requested records.

9. The parties request permission to submit continuing joint status reports every 60 days, with the next report due on or before December 1, 2026.

Dated: October 2, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*<u>/s/ Michael S. Polito</u>*
MICHAEL S. POLITO
D.C. Bar No. 90041172
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel: (202) 288-5180
Email: michael.s.polito@usdoj.gov

*Attorneys for Defendant*

*/s/ Lauren M. Burke*_____
LAUREN M. BURKE
D.C. Bar No. 1028811
Judicial Watch, Inc.
425 Third Street S.W., Suite 800
Washington, DC 20024
(202) 646-5194
E-mail: lburke@judicialwatch.org

*Counsel for Plaintiff*